# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**JEFFERY PAUL MARCUM**                                                     **PLAINTIFF**

**VERSUS**                    **CIVIL ACTION NO. 3:22cv695-KHJ-MTP**

**LAUGHTERDALE COUNTY SHERIFF'S OFFICE**                                                       **DEFENDANT**

## ORDER ADDING DEFENDANT

BEFORE THE COURT is pro se Plaintiff Jeffery Paul Marcum's Response [13]. He is a pretrial detainee with the Lauderdale County Detention Facility, and he challenges the conditions of his confinement. The Response clarifies that he is also suing Dylan Anderson. The Clerk of Court shall add him to the docket.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall add Dylan Anderson as a Defendant herein.

**SO ORDERED**, this the 5th day of May, 2023.

                                                        s/ Michael T. Parker
                                                        UNITED STATES MAGISTRATE JUDGE