UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JEFFERY PAUL MARCUM                                                                      PLAINTIFF

V.                                          CIVIL ACTION NO. 3:22-CV-695-KHJ-MTP

LAUGHTERDALE COUNTY SHERIFF'S
OFFICE and DYLAN ANDERSON                                                          DEFENDANTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court dismisses the case with prejudice.

SO ORDERED, this the 11th day of May, 2023.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE